UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEYLA SHAMS,<br>    Plaintiff,<br>  v.<br>REVATURE LLC,<br>    Defendant. | Case No. 22-cv-01745-NC<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO STAY**<br><br>Re: Dkt. No. 20 |

  Plaintiff Leyla Shams filed a putative class action against her former employer, Defendant Revature LLC, alleging, among other things, an individual claim for damages based on California Labor Code violations and a representative claim for civil penalties under the California Private Attorneys General Act (Cal. Lab. Code, § 2698, et seq.) ("PAGA"). *See* ECF 1-4. Defendant moved to compel arbitration based on an arbitration agreement signed by Plaintiff during her employment. ECF 14. The Court granted Defendant's motion to compel and ordered the parties to submit to binding arbitration of Plaintiff's individual claims. ECF 18. The Court requested further briefing on how to proceed with Plaintiff's non-individual PAGA claims. The parties submitted a joint statement on Plaintiff's remaining claims. ECF 20. Based on this supplemental briefing, the Court STAYS Plaintiff's non-individual PAGA claims.

  The parties' dispute is subject to the Federal Arbitration Act ("FAA"). Under § 3 of

the FAA, the court "shall on application of one of the parties stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement." *See also Nagrampa v. MailCoups, Inc.*, 469 F.3d 1257, 1277 (9th Cir. 2006) ("If . . . the district court decides that the arbitration agreement is valid and enforceable, then it should stay or dismiss the action pending arbitration"). A stay will also promote the efficient administration of justice by avoiding overlapping and potentially conflicting decisions.

Accordingly, Plaintiff's non-individual PAGA claims are STAYED pending resolution of the arbitration proceeding. The parties must alert the Court within seven days of the final resolution of the arbitration proceeding. Additionally, the parties must provide a status update regarding the arbitration proceeding on or before September 28, 2023.

**IT IS SO ORDERED.**

Dated: September 28, 2022    _____
NATHANAEL M. COUSINS
United States Magistrate Judge