UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELYLA SHAMS,<br>           Plaintiff,<br>     v.<br>REVATURE LLC,<br>           Defendant. | Case No. 22-cv-01745 NC<br><br>**ORDER REMANDING CASE TO SANTA CLARA COUNTY SUPERIOR COURT** |

In response to an Order to Show Cause re: Article III standing (ECF 33), the parties filed a stipulation to remand the case back to Santa Clara County Superior Court. ECF 34. The Court agrees that remand is appropriate due to a present lack of federal Article III standing and federal subject matter jurisdiction. The Court therefore GRANTS the stipulation and REMANDS the case to Santa Clara County Superior Court. The Clerk of Court will vacate the May 29, 2024, case management conference and administratively terminate the federal case file.

**IT IS SO ORDERED.**

Dated: May 17, 2024

_____
NATHANAEL M. COUSINS
United States Magistrate Judge